People v Asbury. Appeal from Recorder's Court of Detroit, Henry Heading, J. Submitted Division 1 February 7, 1972, at Detroit. (Docket No. 11773.) Decided February 21, 1972.

Frank J. Kelley, Attorney General, Robert A. Derengoski, Solicitor General, William L. Cahalan, Prosecuting Attorney, Dominick R. Carnovale, Chief, Appellate Department, and Michael R. Mueller, Assistant Prosecuting Attorney, for the people.

Samuel A. Turner, for defendant on appeal.

Before: Bronson, P. J., and V. J. Brennan and O'Hara, JJ.

Memorandum Opinion. Defendant-appellant, upon his plea of guilty, was convicted of larceny in a building, MCLA 750.360; MSA 28.592. He was sentenced and appeals. An examination of the record discloses no reversible error.

Affirmed.


People v Montgomery. Appeal from Kent, Stuart Hoffius, J. Submitted Division 3 February 4, 1972, at Detroit. (Docket No. 11806.) Decided February 21, 1972.

Frank J. Kelley, Attorney General, Robert A. Derengoski, Solicitor General, James K. Miller, Prosecuting Attorney, and Donald A. Johnston, III, Chief Appellate Attorney, for the people.

William J. Heyns, for defendant on appeal.

Before: Bronson, P. J., and V. J. Brennan and O'Hara, JJ.

Memorandum Opinion. Defendant-appellant, upon his plea of guilty, was convicted of receiving and concealing stolen property, contrary to MCLA 750.535; MSA 28.803. He appeals.

An examination of the record discloses no reversible error.

Affirmed.